UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:23-cv-02001-SPG-SHK | | Date: | April 18, 2024 |
|---|---|---|---|---|

Title:  *Gloria Munoz, et al v. Sany America. Inc et al.*

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

|  D. Castellanos  |  Not Reported  |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):          Attorney(s) Present for Defendant(s):

None Present                              None Present

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

On April 1, 2024, the Court issued its Order Re: Response to Motion to Compel Compliance with Subpoenas ("Order"). Electronic Case Filing Number ("ECF No.") 26, Order. In its Order, Plaintiffs was ordered to file a proof of service of the Court's Order on non-party GJ Gentry General Engineering ("Gentry") by April 10, 2024.  To date, Plaintiff has not filed a proof of service.  Therefore, the Court is unable to determine if Gentry was served of the Court's Order to determine whether Gentry is aware of the current deadlines.

Accordngly,  Plaintiff is **ORDERED TO SHOW CAUSE** why service has not been completed or file its proof of service no later than **April 22, 2024.**  Accordingly, at this time, the Court **VACATES** the hearing scheduled for April 24, 2024 at 11:00 a.m.  If Plaintiff shows that Gentry was served timely as previously ordered then the matter will be taken under submission upon expiration of Gentry's response deadline.  If Plaintiff was unable to serve the Court's previous Order then Plaintiff must show cause in writing why the Motion should not be denied for failure to comply with the Court's orders.  Lastly, Plaintiff is **ORDERED** to serve a copy of this Order to Gentry no later than April 22, 2204.

**IT IS SO ORDERED.**