JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA MUNOZ, LUIS OMAR JAIME MUNOZ, PAOLA JAIME MUNOZ,<br><br>Plaintiffs,<br><br>v.<br><br>SANY HEAVY INDUSTRY CO., LTD, a Chinese Company; SANY AMERICA, INC., a Delaware Corporation, and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No. 5:23-cv-02001-SPG-SHK<br><br>**ORDER OF DISMISSAL** |

The Court has received and reviewed the Parties' Joint Stipulation Requesting Dismissal of Entire Action, With Prejudice, filed on November 26, 2024, in the above-captioned action entitled *Gloria Munoz, et al. v. Sany Heavy Industry Co., Ltd. et al.*, bearing the case number 5:23-cv-02001-SPG-SHK. (ECF No. 35 ("Stipulation")).

Consistent with the Stipulation, the Court hereby ORDERS this action dismissed, with prejudice, with both sides to bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: November 27, 2024

By: _____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE